UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEQAA KORDIA, | § | |
| | § | |
| Petitioner-Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-cv-1072-L |
| | § | |
| KRISTI NOEM, et al., | § | |
| | § | |
| Respondents-Defendants. | § | |

**APPENDIX TO
PETITIONER-PLAINTIFF LEQAA KORDIA'S
MOTION FOR PRELIMINARY INJUNCTION**

| Ex No. | Description | Petitioner-Plaintiff Appendix No. |
|---|---|---|
| 1 | Declaration of Georgina Guzman | 0001 - 0004 |
| 1-A | Exhibit A – Declaration of Georgina Guzman<br>*Fact Sheet: President Donald J. Trump Takes Forceful and Unprecedented Steps to Combat Anti-Semitism, White House (Jan. 30, 2025), https://www.whitehouse.gov/fact-sheets/2025/01/fact-sheet-president-donald-j-trump-takes-forceful-and-unprecedented-steps-to-combat-anti-semitism/* | 0005 - 0009 |
| 1-B | Exhibit B – Declaration of Georgina Guzman<br>*Donald J. Trump (@realdonaldtrump), Truth Social (Mar. 10, 2025), https://truthsocial.com/@realDonaldTrump/posts/114139222625284782* | 0010 - 0011 |
| 1-C | Exhibit C – Declaration of Georgina Guzman<br>*Marco Rubio, X (formerly Twitter) (Mar. 9, 2025), https://x.com/marcorubio/status/1898858967532441945* | 0012 - 0013 |
| 1-D | Exhibit D – Declaration of Georgina Guzman<br>*Joseph Gedeon, Rubio Boasts of Canceling More than 300 Visas Over Pro-Palestine Protests (Mar. 27, 2025, 2:55 P.M.), https://www.theguardian.com/us-news/2025/mar/27/state-department-visas-pro-palestine-protesters* | 0014 - 0018 |

| 1-E | Exhibit E – Declaration of Georgina Guzman<br>*Secretary Rubio Defends Revoking Turkish Student's Visa*, C-SPAN (Mar. 27, 2025), https://www.c-span.org/clip/news-conference/secretary-rubio-defends-revoking-turkish-studentsvisa/5158479 | 0019 - 0022 |
|---|---|---|
| 1-F | Exhibit F – Declaration of Georgina Guzman<br>*John Dawsey et. al, Trump Told Donors He Will Crush Pro-Palestinian Protests, Deport Demonstrators*, Wash. Post (May 27, 2024), https://www.washingtonpost.com/politics/2024/05/27/trump-israel-gaza-policy-donors/ | 0023 – 0027 |
| 1-G | Exhibit G – Declaration of Georgina Guzman<br>*VIDEO: Columbia University Student Whose Visa Was Revoked for Supporting Hamas and Terrorist Activities Used CBP Home App to Self-Deport,* Dept. of Homeland Sec. (Mar. 14, 2025), https://www.dhs.gov/news/2025/03/14/video-columbia-university-student-whose-visa-was-revoked-supporting-hamas-and | 0028 - 0029 |
| 1-H | Exhibit H – Declaration of Georgina Guzman<br>Sharon Otterman & Ana Ley, *Columbia Activist Arrested by ICE at His Appointment for Citizenship*, The New York Times (Apr. 14, 2025), https://www.nytimes.com/2025/04/14/nyregion/columbia-student-palestinian-arrested-ice.html | 0030 - 0035 |
| 1-I | Exhibit I – Declaration of Georgina Guzman<br>*100 Days of Fighting Fake News*, Dep't of Homeland Sec. (Apr. 30, 2025), https://www.dhs.gov/news/2025/04/30/100-days-fighting-fake-news | 0036 - 0041 |
| 2 | Declaration of Mallory Manfredini | 0042 - 0044 |
| 2-A | Exhibit A - Declaration of Mallory Manfredini<br>*In the Matter of Leqaa Kordia, Respondent's Motion for Bond and Custody Redetermination, as filed on Mar. 27, 2025*, except for Form I-589 | 0045 - 0090 |
| 2-B | Exhibit B - Declaration of Mallory Manfredini<br>*In the Matter of Leqaa Kordia, Dep't of Homeland Sec. Notice of Filing, as filed on Apr. 2, 2025* | 0091 - 0142 |

| 2-C | Exhibit C - Declaration of Mallory Manfredini<br>*In the Matter of Leqaa Kordia, Bond Memo., as ordered on Apr. 16, 2025* | 0143 - 0147 |
|---|---|---|
| 2-D | Exhibit D - Declaration of Mallory Manfredini<br>*In the Matter of Leqaa Kordia, Notice of Appeal from a Decision of an Immigration Judge, as filed on Apr. 15, 2025* | 0148 - 0161 |
| 2-E | Exhibit E - Declaration of Mallory Manfredini<br>*Audio Recording of April 3, 2025 Bond Hearing* | 0162 |
| 3 | Declaration of Anne Chandler | 0163 - 0167 |
| 4 | Declaration of Cori Hash | 0168 - 0172 |
| 5 | Declaration of Charles Gillman | 0173 - 0175 |
| 6 | Declaration of Jodi Goodwin | 0176 - 0180 |
| 7 | 2019 DHS Memorandum re First Amendment Activity | 0181 - 0185 |
| 8 | 2021 ICE Memorandum re First Amendment Activity | 0186 - 0193 |
| 9 | ICE Policy 11022.1: Detainee Transfers | 0194 - 0208 |
| 10 | Declaration of Kerry Doyle | 0209 - 0212 |
| 11 | *Petition for Writ of Habeas Corpus & Second Circuit's Order in* Vacchio v. Ashcroft, *No. 03-2004 (2d Cir.)* | 0213 - 0225 |