IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| LEQAA KORDIA, | |
|      Petitioner-Plaintiff, | |
| v. | Civil Action No. 3:25-CV-1072-L-BT |
| KRISTI NOEM, *et al.*, | |
|      Respondents-Defendants. | |

## APPENDIX TO RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION

CHAD E. MEACHAM
ACTING UNITED STATES
ATTORNEY

Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  (214) 659-8626
Facsimile:  (214) 659-8807
brian.stoltz@usdoj.gov

Ann E. Cruce-Haag
Assistant United States Attorney
Texas Bar No. 24032102
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  (806) 472-7351
Facsimile:  (806) 472-7394
ann.haag@usdoj.gov

Attorneys for Respondents-Defendants

Contents

Page Number
(in lower right corner)

1.    Briefing Schedule for Bond Proceedings* .................................................. App. 001

2.    Hearing Notice for Removal Proceedings .................................................. App. 004

* Kordia's counsel in the administrative proceedings is also her counsel in this Court, so therefore the government is not filing copies of all the briefing from the administrative proceedings—counsel already has access to those briefs.

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  214-659-8626
Facsimile:  214-659-8807
brian.stoltz@usdoj.gov

Ann E. Cruce-Haag
Assistant United States Attorney
Texas Bar No. 24032102
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  (806) 472-7351
Facsimile:  (806) 472-7394
ann.haag@usdoj.gov

Attorneys for Respondents-Defendants

<u>Certificate of Service</u>

On May 15, 2025, I electronically submitted the foregoing document with the

clerk of court for the U.S. District Court, Northern District of Texas, using the electronic

case filing system of the court.  I hereby certify that I have served all parties

electronically or by another manner authorized by Federal Rule of Civil Procedure

5(b)(2).

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

_____

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia  22041*

Mohamad, Sabrine
Southern Poverty Law Center
Po Box 57089
New Orleans, LA 70157

DHS/ICE OFFICE OF CHIEF COUNSEL - PEP
27991 BUENA VISTA BLVD
LOS FRESNOS, TX 78566

**Name:**
**KORDIA, LEQAA**

**Type of Proceeding:**  Removal

**Date of this notice:** 4/17/2025

**Type of Appeal:**  Bond Appeal

**Filed By:** <u>DHS</u>

### NOTICE -- BRIEFING SCHEDULE

o   Enclosed is a copy of the decision of the Immigration Judge.  If you are receiving this notice electronically, the Immigration Judge's decision is viewable online in the electronic record of proceedings.
o   Appealing party is granted until  5/8/2025                to submit a brief to the Board of Immigration Appeals.  The brief must be **RECEIVED** at the Board on or before this date.
o   Opposing party is granted until  5/8/2025             to submit a brief to the Board of Immigration Appeals.  The brief must be **RECEIVED** at the Board on or before this date.
o   **BOND** - Transcripts are not prepared for appeals from an Immigration Judge's decision in bond proceedings.  If you wish to listen to the audio recording of the custody hearing or obtain copies of audio recordings, you should contact the Immigration Court for assistance.  You may also address the need for a transcript in your brief to the Board.

**WARNING:**  If you indicate on the Notice of Appeal (Form EOIR-26) that you will file a brief or statement, you are expected to file a brief or statement in support of your appeal.  If you fail to file a brief or statement within the time set for filing in this briefing schedule, the Board of Immigration Appeals (Board or BIA) may summarily dismiss your appeal.  *See* 8 C.F.R. § 1003.1(d)(2)(i)(E).

If you are the respondent/applicant and you received this notice, you are not represented by an attorney or accredited representative.  An attorney or accredited representative must file a Notice of Entry of Appearance (Form EOIR-27) to represent you.  8 C.F.R. §§ 1003.3(a)(3) and 1003.38(g).  Until a Form EOIR-27 is received, you are responsible for submitting a brief, and any submissions by anyone other than you will be rejected.

<u>**FILING INSTRUCTIONS**</u> -- In General.

**IMPORTANT:  Briefs and other submissions should always be paginated.  Parties should limit their briefs to 30 pages.  Unless directed by the Board of filing, parties should use double-spaced text and single-spaced footnotes.  Parties are reminded to consult Chapter 3 (Filing with the Board) and Chapter 4.6 (Appeal Briefs) of the BIA Practice Manual, found within EOIR's Policy Manual, which is available on EOIR's website at www.justice.gov/eoir.**

**Motions to accept briefs that exceed the page limitation established by the Board are disfavored, and will not be granted absent a showing of extraordinary and compelling circumstances.  If a party files a motion to increase the page limit, the motion and the brief need to be filed together.**

**The Board has included two copies of this notice.  Please attach/submit one copy of this notice to the front of your brief when you mail or deliver it to the Board, and keep one for your records.  Thank you for your cooperation.**

The parties may address any allegations of transcript error or deficiency in the appeal brief.  *See* Chapter 4.2(f)(3) (Defects in the transcript) of the BIA's Practice Manual, found within EOIR's Policy Manual available on EOIR's website at www.justice.gov/eoir.  Please note defects do not excuse the parties from existing briefing deadlines.  Those deadlines remain in effect until the parties are notified otherwise.  *See* Chapter 4.7(c) (Extensions) of the BIA's Practice Manual.

A fee is not required for the filing of a brief.  Your brief must be RECEIVED at the Clerk's Office at the Board of Immigration Appeals within the prescribed time limits. As a reminder, electronic filing through ECAS is mandatory for attorneys and accredited representatives appearing as practitioners of record (filed a Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals (Form EOIR-27)), as well as for DHS in every case that is eligible for electronic filing. *See* 8 C.F.R. §§ 1003.2(g)(4), 1003.3(g)(1), 1003.31(a).

Where electronic filing is not required, use of an overnight courier service to the address listed in the **FILING ADDRESS**: section below is encouraged to ensure timely filing.

It is NOT sufficient simply to mail the brief and assume your brief will arrive on time.  We strongly urge the use of an overnight courier service to ensure the timely filing of your brief.

If you have any questions about how to file something at the Board, please review the BIA Practice Manual, found within EOIR's Policy Manual available on EOIR's website at www.justice.gov/eoir.

Certificate of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals -- including correspondence, forms, briefs, motions, and other documents.  If you are the Respondent or Applicant, the "Opposing Party" is the DHS Counsel or the Director for HHS/ORR at the address shown above.  Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them.  Any submission filed with the Board without a certificate of service on the opposing party will be rejected.

**FILING INSTRUCTIONS -- Extension Request.**

Extension requests must be RECEIVED by the Board by the brief's original due date; however, requests filed the same day as a brief is due are particularly disfavored and granted only in the most compelling of circumstances. Extension requests received after the due date will not be granted.

Unless you receive a Board Notice granting your extension request, your brief will remain due on the date stated above.

Extensions of briefing time are not favored.  There is no automatic entitlement to an extension of the briefing schedule by either party. *See* Chapter 4.7(c) (Extensions) of the BIA's Practice Manual, found within EOIR's Policy Manual available on EOIR's website at www.justice.gov/eoir.
It is also the Board's policy not to grant second briefing extension requests. Second requests are granted only in extraordinary circumstances.

All extension requests must be in writing.  Telephonic, e-mail, or fax request will not be accepted.

**FILING INSTRUCTIONS - REMINDER**

Electronic filing through ECAS is mandatory for attorneys and accredited representatives appearing as practitioners of record (filed a Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals (Form EOIR-27)), as well as for DHS in every case that is eligible for electronic filing. *See* 8 C.F.R. §§ 1003.2(g)(4), 1003.3(g)(1), 1003.31(a).

Where electronic filing is not required, use of an overnight courier service to the address below is encouraged to ensure timely filing.

**FILING ADDRESS:**

      Board of Immigration Appeals
      Clerk's Office
      5107 Leesburg Pike, Suite 2000
      Falls Church, VA  22041

      Business hours:  Monday through Friday, 8:00 a.m. to 4:30 p.m.

KyerewaM
**Userteam:**PCM

EOIR - 3 of 3

App. 003

```
              UNITED STATES DEPARTMENT OF JUSTICE
           EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
                 LOS FRESNOS IMMIGRATION COURT

                                    LEAD FILE: ███████████
                                    IN REMOVAL PROCEEDINGS
                                    DATE: Mar 27, 2025
TO: Musa-Obregon Law PC
    Musa-Obregon, Shauky Michael
    55-21 69th Street
    Second Floor
    Maspeth, NY  11378
```

**ALL DAY HEARING**

███████████████ KORDIA, LEQAA

**Notice of Internet-Based Hearing**

Your case has been scheduled for a INDIVIDUAL hearing before the immigration
court on:

```
                    Your hearing is not in person. You will access
                    your hearing by using the web page below.
                    URL: HTTPS://EOIR.WEBEX.COM/MEET/ACIJ.NASELOW-NAHAS

Date:        Jul 24, 2025
Time:        1:00 P.M. CT
Court Address: 27991 BUENA VISTA BLVD, LOS FRESNOS, TX 78566
```

**Representation:** You may be represented in these proceedings, at no
expense to the Government, by an attorney or other representative
of your choice who is authorized and qualified to represent persons
before an immigration court. If you are represented, your attorney
or representative must also appear at your hearing and be ready
to proceed with your case.  Enclosed and online at
https://www.justice.gov/eoir/list-pro-bono-legal-service-providers
is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the
Department of Homeland Security establishes by clear, unequivocal, and
convincing evidence that written notice of your hearing was provided and
that you are removable, you will be ordered removed from the United
States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including
hearing notices, to you based on the most recent contact information
you have provided, and your immigration proceedings can go forward in
your absence if you do not appear before the court.  If your contact
information is missing or is incorrect on the Notice to Appear, you must
provide the immigration court with your updated contact information within
five days of receipt of that notice so you do not miss important information.
Each time your address, telephone number, or email address changes,
you must inform the immigration court within five days.  To update your contact
information with the immigration court, you must complete a Form EOIR-33
either online at https://respondentaccess.eoir.justice.gov/en/ or by
completing the enclosed paper form and mailing it to the immigration
court listed above.

**App. 004**

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050**.

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

---

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:MAIL[M]   PERSONAL SERVICE[P]   ELECTRONIC SERVICE[E]
TO:  [   ] Noncitizen | [   ] Noncitizen c/o Custodial Officer |
     [ **E** ] Noncitizen ATT/REP | [ **E** ] DHS
DATE: <u>03/27/2025</u>  BY:  COURT STAFF <u>**SAL**</u>
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other  NH



Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmera do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਆਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪੰਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

**App. 005**