IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEQAA KORDIA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:25-cv-01072-L-BT |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER REQUIRING RESPONDENTS TO SHOW CAUSE AND NOTICE AND INSTRUCTIONS TO PARTIES

Petitioner filed a petition for a writ of habeas corpus, numbered and styled as above, in this Court pursuant to the provisions of 28 U.S.C. § 2241. Under 28 U.S.C. § 636(b) and Special Order 3, the District Court automatically referred this case to the undersigned United States magistrate judge for findings, conclusions, and a recommendation.

### I.   ORDER TO SHOW CAUSE

RESPONDENTS' ANSWER: Respondents must file an answer to the petition or file other responsive pleadings within **sixty days** of the date of service of this Order. *See* Rules 1(b), 4 and 5 of the Rules Governing Section 2254 Cases in the United States District Courts.[1] Respondents must serve a true copy of the answer or other pleading on Petitioner by mailing such documents to her attorney of record. Respondents must file a certificate with the Clerk evidencing such service.

PETITIONER'S OPPORTUNITY TO REPLY: Petitioner may file a reply brief, provided it is filed with the Clerk not more than **30 days** after the date of the certificate of service shown on the answer or other pleading. Petitioner must limit her reply to the arguments raised in the answer or other pleading and must

---

[1] Rule 1(b) of the Rules Governing 2254 cases provides that "[t]he district court may apply any or all of these rules to a habeas corpus petition not covered by Rule 1(a)."

not include any new allegations of fact or new grounds for relief. Petitioner must mail a copy of any reply to counsel for Respondents.

SERVICE OF PETITION AND ORDER: The Clerk will mail a true copy of this order to Petitioner or to her attorney of record. The Clerk will electronically serve copies of all pleadings and orders in this case on the United States Attorney for the Northern District of Texas.[1]

SIGNED June 27, 2025.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk will direct service to the attention of the Civil Chief, United States Attorney's Office.