UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEQAA KORDIA,<br><br>　　　　Petitioner-Plaintiff,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　Respondents-Defendants. | §<br>§<br>§<br>§<br>§　　CIVIL ACTION NO. 3:25-cv-1072-L-BT<br>§<br>§<br>§<br>§ |

**SUPPLEMENTAL APPENDIX TO
PETITIONER-PLAINTIFF LEQAA KORDIA'S
MOTION FOR PRELIMINARY INJUNCTION**

| Ex No. | Description | Appendix No. |
|---|---|---|
| 12 | Transcript of June 5, 2025, Motion Hearing | 0226 - 304 |
| 13 | Department of Homeland Security Motion for Discretionary Stay (July 2, 2025) | 0305 - 0340 |
| 14 | Board of Immigration Appeals Order Granting Stay (July 3, 2025) | 0341 - 0343 |
| 15 | June 20, 2025, Hearing Transcript, *Khalil v. Joyce*, 2:25-cv-1963 (D.N.J.) | 0344 - 0419 |