IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LEQAA KORDIA,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | |
| **KRISTI NOEM,** *et al.,* § | Civil Action No. 3:25-CV-1072-L-BT |
| § | |
| Respondents. § | |

## ORDER

Before the court are Petitioner Leqaa Kordia's ("Petitioner" or "Ms. Kordia") Motion for Preliminary Injunction Ordering Release Pending Final Judgment ("Motion") (Doc. 13), filed May 5, 2025; the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 53) ("Report"), filed June 27, 2025; Respondents Kristi Noem, Pamela Bondi, Todd Lyons, Josh Johnson, and Thomas Bergami's (collectively "Respondents") Objection to the Magistrate Judge's Findings, Conclusions, and Recommendation (Doc. 57), filed July 7, 2025; and Petitioner's Objections to the Magistrate Judge's Findings, Conclusions, and Recommendation (Doc. 59), filed July 7, 2025.

On June 5, 2025, Magistrate Judge Rebecca Rutherford held a hearing on Petitioner's Motion. The Report recommended that the court grant the Motion and order that Petitioner be released from immigration detention pending a final judgment. *See* Report 21-22. On July 7, 2025, the parties filed objections to the Report and provided information regarding the status of Petitioner's detention and immigration proceedings that did not exist at the time of the Report or the June 5 hearing. Because new issues were raised after the issuance of the Report, the

Order – Page 1

magistrate judge was unable to address these issues. The court **determines** that she should be given an opportunity to address the new issues raised by the parties, and it hereby **recommits** this matter to the magistrate judge for her to issue new findings and recommendations in light of the new issues raised by the parties.

    **It is so ordered** this 16th day of July, 2025.

                                                Sam A. Lindsay
                                                United States District Judge