UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEQAA KORDIA, § | |
| § | |
| Petitioner-Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:25-cv-1072-L-BT |
| § | |
| KRISTI NOEM et al., § | |
| § | |
| Respondents-Defendants. § | |

**JOINT NOTICE REGARDING PETITIONER'S IMMIGRATION PROCEEDINGS**

Petitioner-Plaintiff Leqaa Kordia and Respondents respectfully submit this Joint Notice to inform the Court of recent updates in Ms. Kordia's removal and immigration bond proceedings:

1. <u>Removal Proceedings</u>. As noted in some of the parties' previous filings, the immigration judge had, on June 27, 2025, issued a removal order as to Ms. Kordia. Ms. Kordia subsequently sought reconsideration of this order, which was denied. More recently Ms. Kordia filed a motion to reopen the immigration case, which motion has now been granted by the immigration judge (on July 28, 2025). The effect of that ruling is that the June 27, 2025 removal order is no longer in effect, and instead the immigration judge has scheduled a merits hearing for August 28, 2025 on all applications for relief sought by Ms. Kordia against removal (e.g., asylum or CAT relief). It is anticipated that after this hearing, the immigration judge will issue a decision on whether or not to remove Ms. Kordia (which decision might then be the subject of further review by the Board of Immigration Appeals and, ultimately, a federal Court of Appeals).

2. <u>Bond Proceedings</u>. As also noted in some of the parties' previously filings, Ms. Kordia had previously been held in detention pursuant to an "automatic stay" provision (*see* 8 C.F.R. § 1003.19(i)(2)) invoked by the Department of Homeland Security (DHS) while it was appealing the immigration judge's bond order to the Board of Immigration Appeals. More recently, though, DHS sought, and a single member of the Board of Immigration Appeals granted, a discretionary stay of the immigration judge's bond order under a different provision (*see* 8 C.F.R. § 1003.19(i)(1)). By operation of that order, Ms. Kordia remains in custody at this time while DHS's administrative appeal of the immigration judge's bond order remains pending at the Board of Immigration Appeals.

(*Signatures on following page*)

Respectfully submitted,

*/s/ Travis Walker Fife*
Travis Walker Fife
Texas State Bar No. 24126956
Randall Hiroshige
Texas State Bar No. 24124299
Texas Civil Rights Project
P.O. Box 1108
Houston, Texas 77251-1108
travis@texascivilrightsproject.org
randy@texascivilrightsproject.org

Charles S. Siegel
Texas State Bar No. 18341875
Caitlyn Silhan
Texas State Bar No. 24072879
Waters Kraus Paul & Siegel
3141 Hood Street, Suite 200
Dallas, Texas 75219
Telephone: 214-357-6244
Facsimile: 214-357-7252
siegel@waterskraus.com
csilhan@waterskraus.com

Molly Petchenik
Texas State Bar No. 24134321
Texas Civil Rights Project
P.O. Box 17757
Austin, Texas 78760
Telephone: 512-474-5073
Facsimile: 512-474-0726
molly@texascivilrightsproject.org

Dated: July 30, 2025

Daniel Hatoum
Texas State Bar No. 24099136
Erin D. Thorn*
Texas State Bar No. 24093261
Texas Civil Rights Project
P.O. Box 219
Alamo, Texas 78516
Telephone: 512-474-5073
daniel@texascivilrightsproject.org
erin@texascivilrightsproject.org

Naz Ahmad*
New York State Bar No. 5327424
Amal Thabateh*
New York State Bar No. 5923826
CUNY School of Law
2 Court Square West, 5th Floor
Long Island City, NY 11101
(718) 340-4630
naz.ahmad@law.cuny.edu
amal.thabateh@law.cuny.edu

Golnaz Fakhimi*
New York State Bar No. 5063003
Sadaf Hasan*
New York State Bar No. 6046023
Muslim Advocates
1032 15th Street Northwest, Unit 362
Washington, D.C. 20005
(202) 655-2969
golnaz@muslimadvocates.org
sadaf@muslimadvocates.org

* *Admitted to practice PHV*

**ATTORNEYS FOR PETITIONER-PLAINTIFF**

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8626
Facsimile:  214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Respondents/Defendants

## CERTIFICATE OF SERVICE

I certify that on July 30, 2025 a true and correct copy of this document was properly served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

*Travis Walker Fife*
Travis Walker Fife
