IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEQAA KORDIA, | § |
| | § |
| Petitioner-Plaintiff, | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO. 3:25-cv-1072-L-BT |
| KRISTI NOEM et al., | § |
| | § |
| Respondents-Defendants. | § |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

Petitioner-Plaintiff Leqaa Kordia ("Ms. Kordia") and Respondents (together, "the Parties") jointly move to modify the briefing schedule in this case, as follows:

1. This case was initiated as a combined habeas petition and civil-rights action by Ms. Kordia (Doc. 1 (petition/complaint)), who also filed a motion for preliminary injunction seeking her release from immigration detention pending resolution of the merits of her habeas petition (Doc. 13). The parties thereafter engaged in expedited briefing on the preliminary injunction; the Magistrate Judge held a hearing and issued a Findings, Conclusions, and Recommendation ("FCR") (Doc. 53); and then, after cross-objections to the FCR were filed and certain intervening events occurred in Ms. Kordia's administrative immigration removal and bond proceedings, the District Judge issued an order recommitting the preliminary injunction motion to the Magistrate Judge for new findings and recommendations in lieu of these new matters, (Doc. 65).

2. Meanwhile, the Magistrate Judge also issued an Order Requiring Respondents to Show Cause and Notice and Instructions to Parties ("OTSC") of the standard type used in habeas cases, directing the respondents to file an answer to the petition (or other responsive pleadings) within 60 days of the date of service of the OTSC, with petitioner then having an opportunity to

file a reply within 30 days. (Doc. 54.)

3. As things presently stand based on when the OTSC was served, then, the respondents have a current deadline to file their response/answer on August 29, 2025, with petitioner's reply due 30 days later. However, the recommitted preliminary injunction motion also remains pending with the Magistrate Judge, and the parties anticipate that once a new FCR is issued on that, there would likely be further briefing in connection with that motion in the form of objections to the District Judge and responses to objections.

4. In light of the foregoing and the current anticipated timing of the various briefs and FCRs that would presumably be issued in connection with the above matters, the parties believe it makes sense and would assist in preserving the parties' and Court's resources if certain matters are streamlined and consolidated going forward in this action so as to avoid the need for potentially duplicative briefing by the parties and decisionmaking by the Court. Specifically, the parties believe it would make sense to effectively consolidate the motion for preliminary injunction into the merits briefing on Ms. Kordia's habeas claims under Federal Rule of Civil Procedure 65(a)(2), while also staying the litigation of the claims under the Religious Freedom Restoration Act ("RFRA") during the pendency of the habeas claims (given that if Ms. Kordia is ordered released on the habeas claims, the relief requested in connection with the RFRA claims, by which she seeks injunctive relief relating to matters connected with the conditions of her confinement, would be moot).

5. Due to intervening factual developments since Ms. Kordia filed her original petition, Ms. Kordia intends to file an amended petition. Respondents do not oppose this request.

6. The parties therefore propose that the Court modify the schedule in this case as follows:

- August 18, 2025—deadline for petitioner to file amended petition

- September 2, 2025—deadline for respondents to file a response to the amended petition

- September 9, 2025—deadline for petitioner's reply and any additional evidence required to traverse respondents' response, as contemplated by 8 U.S.C. §§ 2243 and 2248

- The preliminary injunction motion will be consolidated with the merits of petitioner's habeas claims and resolved on the basis of the briefing set forth above (and any hearing, should the Court determine to hold a hearing).

- Litigation of petitioner's RFRA claims (which seek relief other than the habeas relief of release from custody) will be stayed pending resolution of the habeas claims, with the parties to file a joint status report 14 days after resolution of the habeas claims to report if any additional proceedings are required in connection with the RFRA claims.

7. A proposed order is being submitted by email.

Respectfully submitted,

*/s/ Travis Walker Fife*
Travis Walker Fife
Texas State Bar No. 24126956
Randall Hiroshige
Texas State Bar No. 24124299
Texas Civil Rights Project
P.O. Box 1108
Houston, Texas 77251-1108
travis@texascivilrightsproject.org
randy@texascivilrightsproject.org

Charles S. Siegel
Texas State Bar No. 18341875
Caitlyn Silhan
Texas State Bar No. 24072879
Waters Kraus Paul & Siegel
3141 Hood Street, Suite 200
Dallas, Texas 75219
Telephone: 214-357-6244
Facsimile: 214-357-7252
siegel@waterskraus.com
csilhan@waterskraus.com

Molly Petchenik
Texas State Bar No. 24134321
Texas Civil Rights Project
P.O. Box 17757
Austin, Texas 78760
Telephone: 512-474-5073
Facsimile: 512-474-0726
molly@texascivilrightsproject.org

Daniel Hatoum
Texas State Bar No. 24099136
Erin D. Thorn*
Texas State Bar No. 24093261
Texas Civil Rights Project
P.O. Box 219
Alamo, Texas 78516
Telephone: 512-474-5073
daniel@texascivilrightsproject.org
erin@texascivilrightsproject.org

Naz Ahmad*
New York State Bar No. 5327424
Amal Thabateh*
New York State Bar No. 5923826
CUNY School of Law
2 Court Square West, 5th Floor
Long Island City, NY 11101
(718) 340-4630
naz.ahmad@law.cuny.edu
amal.thabateh@law.cuny.edu

Golnaz Fakhimi*
New York State Bar No. 5063003
Sadaf Hasan*
New York State Bar No. 6046023
Muslim Advocates
1032 15th Street Northwest, Unit 362
Washington, D.C. 20005
(202) 655-2969
golnaz@muslimadvocates.org
sadaf@muslimadvocates.org

* *Admitted to practice PHV*

**ATTORNEYS FOR PETITIONER-PLAINTIFF**

4

\* \* \* \* \* \* \*

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8626
Facsimile: 214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Respondents-Defendants

## CERTIFICATE OF SERVICE

I certify that on August 11, 2025 a true and correct copy of this document was properly served on all counsel of record served in accordance with the Federal Rules of Civil Procedure.

*Travis Walker Fife*
Travis Walker Fife

## CERTIFICATE OF CONFERENCE

I certify that on August 8 and 11, 2025, Travis Fife for Petitioner-Plaintiff and Brian Stoltz for Respondents-Defendants conferred via telephone and email. The Parties file this Motion jointly.

*Travis Walker Fife*
Travis Walker Fife