IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEQAA KORDIA, | § | |
| | § | |
| Petitioner-Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-01072-L-BT |
| | § | |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents-Defendants. | § | |
| | § | |

## ORDER

Before the Court is the parties' joint motion to Modify the Briefing Schedule (ECF No. 67). Finding good cause, the Court GRANTS the Motion and ORDERS the following briefing schedule:

- **August 18, 2025:** Deadline for Petitioner to file Amended Petition
- **September 2, 2025:** Deadline for Respondents to file Response to the Amended Petition
- **September 9, 2025:** Deadline for Petitioner to file Reply

Additionally, the Court consolidates the pending Motion for Preliminary Injunction (ECF No. 13) with the merits of Petitioner's habeas petition (ECF No. 1), which will be resolved on the basis of the briefing set forth above. The Court also STAYS the litigation as to Petitioner's claim under the Religious Freedom Restoration Act (RFRA) (Count V), which Respondents have not yet asked the

Court to dismiss or sever, pending the resolution of Petitioner's habeas claims. But, for the purposes of her forthcoming amended petition, the Court reminds Petitioner that, in the Fifth Circuit, "allegations that challenge the fact or duration of confinement are properly brought in habeas petitions, while allegations that challenge rules, customs, and procedures affecting conditions of confinement are properly brought in civil rights actions." *Barbosa v. Barr*, 502 F. Supp. 3d 1115, 1120 (N.D. Tex. 2020); *see also* FCR 7 n.29 (ECF No. 53).

**SO ORDERED.**

August 12, 2025.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

2