IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEQAA KORDIA, | § | |
| | § | |
| Petitioner-Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-01072-L-BT |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents-Defendants. | § § | |

# **ORDER**

Before the Court is Petitioner Leqaa Kordia's Motion for a Temporary Restraining Order (TRO) on Counts II & III of her Amended Habeas Petition (ECF No. 73), seeking emergency preliminary injunctive relief in the form of the Court "directing Respondents to release [Petitioner] in accordance with the [IJ]'s August 28, 2025, order and during the pendency of any related administrative appeal." Mot. TRO 9. Petitioner argues that preliminary relief is "especially necessary now" to "avoid any further procedural machinations from Respondents," including "prevent[ing] Respondent Bondi's BIA from rubberstamping another discretionary stay of the [IJ's] release order." *Id.* at 10. Petitioner's counsel "confirmed with Respondents' counsel that Respondents oppose the instant motion." *Id.* at 8. Respondents received notice of the filing of the motion on the docket. *Id.* at 9.

In her Amended Verified Petition (ECF No. 69), Petitioner seeks a writ of

habeas corpus, under 28 U.S.C. § 2241, finding her continued confinement pending her immigration removal proceedings violates the First Amendment (Count I), substantive due process (Count II), procedural due process as to the automatic stay provision (8 C.F.R. § 1003.19(i)(2)) (Count III), and procedural due process as to the burden of proof in bond proceedings (Count IV). Am. Verified Pet. ¶¶ 10, 182–218. Petitioner also seeks injunctive relief (Count V) for violations of her religious liberty under the Religious Freedom Restoration Act (RFRA) (42 U.S.C. § 2000bb–1(c)). Am. Verified Pet. ¶¶ 11, 219–24. Pursuant to the modified briefing schedule, Respondents responded to the Amended Verified Petition on September 2, 2025. *See* Resp'ts' Resp. (ECF No. 76). Petitioner is due to file her Reply by September 9, 2025. *See* Order (ECF No. 68).

Respondents' Response addresses the merits of Petitioner's Amended Habeas Petition, including Counts II and III at issue in her recently filed motion. Petitioner's habeas petition is less than one week from being fully briefed. Accordingly, the Court will consolidate the pending motion with the merits of Petitioner's habeas petition. Counsel will confer and advise the Court of whether any changes should be made to the current briefing schedule.

**SO ORDERED.**

September 3, 2025.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE