UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEQAA KORDIA,<br><br>　　　　　Petitioner-Plaintiff,<br><br>　　　v.<br><br>KRISTI NOEM et al.,<br><br>　　　　　Respondents-Defendants. | § § § § § § § § § § § § § CIVIL ACTION NO. 3:25-cv-1072-L-BT |

## PETITIONER'S NOTICE REGARDING HER BOND PROCEEDINGS

Petitioner writes to inform the Court that, as of September 15, 2025, she is currently confined pursuant to a discretionary stay, rather than the automatic stay provision codified at 8 C.F.R. § 1003.19(i)(2).

On September 11, 2025, Respondent Department of Homeland Security ("DHS") filed a Notice of Appeal of the Immigration Judge's second bond order finding Ms. Kordia releasable on payment of $20,000 bond. Simultaneously, Respondent DHS requested that the Board of Immigration Appeals ("BIA") also issue an emergency discretionary stay of the bond order. Immigration counsel for Ms. Kordia did not receive a copy of this motion or the notice of appeal until September 15, 2025. On September 16, 2025, immigration counsel for Ms. Kordia filed an opposition to the motion for a discretionary stay of the second bond order.

The BIA granted the Respondent DHS's request for a discretionary stay on September 15, 2025, although Ms. Kordia's immigration counsel did not receive electronic notice of the order until September 17, 2025.

Courtesy copies of these administrative filings are attached in the accompanying Appendix.

1

Respectfully submitted,

*/s/ Travis Walker Fife*
Travis Walker Fife
Texas State Bar No. 24126956
Randall Hiroshige
Texas State Bar No. 24124299
Texas Civil Rights Project
P.O. Box 1108
Houston, Texas 77251-1108
travis@texascivilrightsproject.org
randy@texascivilrightsproject.org

Charles S. Siegel
Texas State Bar No. 18341875
Caitlyn Silhan
Texas State Bar No. 24072879
Waters Kraus Paul & Siegel
3141 Hood Street, Suite 200
Dallas, Texas 75219
Telephone: 214-357-6244
Facsimile: 214-357-7252
siegel@waterskraus.com
csilhan@waterskraus.com

Molly Petchenik
Texas State Bar No. 24134321
Texas Civil Rights Project
P.O. Box 17757
Austin, Texas 78760
Telephone: 512-474-5073
Facsimile: 512-474-0726
molly@texascivilrightsproject.org

Daniel Hatoum
Texas State Bar No. 24099136
Erin D. Thorn*
Texas State Bar No. 24093261
Texas Civil Rights Project
P.O. Box 219
Alamo, Texas 78516
Telephone: 512-474-5073
daniel@texascivilrightsproject.org
erin@texascivilrightsproject.org

Dated: September 18, 2025

Naz Ahmad*
New York State Bar No. 5327424
Amal Thabateh*
New York State Bar No. 5923826
CUNY School of Law
2 Court Square West, 5th Floor
Long Island City, NY 11101
(718) 340-4630
naz.ahmad@law.cuny.edu
amal.thabateh@law.cuny.edu

Golnaz Fakhimi*
New York State Bar No. 5063003
Sadaf Hasan*
New York State Bar No. 6046023
Muslim Advocates
1032 15th Street Northwest, Unit 362
Washington, D.C. 20005
(202) 655-2969
golnaz@muslimadvocates.org
sadaf@muslimadvocates.org

\* *Admitted to practice PHV*

**ATTORNEYS FOR PETITIONER-PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I certify that on September 18, 2025, a true and correct copy of this document was properly served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

                                                  */s/ Travis Walker Fife*
                                                  Travis Walker Fife