UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEQAA KORDIA,<br><br> Petitioner-Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br> Respondents-Defendants. | Civil Action No. 3:25-CV-1072-L-BT |

### ORDER

On September 18, 2025, Petitioner informed the Court that "she is currently confined pursuant to a discretionary stay, rather than the automatic stay provision codified at 8 C.F.R. § 1003.19(i)(2)." Pet'r's Notice at 1 (ECF No. 82). In light of Petitioner's notice, the Court invites Petitioner and Respondents to file separate supplemental briefing, not exceeding 5 pages, addressing the impact—if any—of this notice on the parties' previous briefings. *See* Verified Am. Pet. (ECF No. 69); Resp. to Verified Am. Pet. (ECF No. 76); Pet'r's Reply (ECF No. 80). The supplemental briefing shall be filed on or before **September 30, 2025**.

 **SO ORDERED.**

 September 23, 2025.

            _____
            REBECCA RUTHERFORD
            UNITED STATES MAGISTRATE JUDGE