UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEQAA KORDIA, | § § § | |
| Petitioner-Plaintiff, | § § § | |
| v. | § § § | CIVIL ACTION NO. 3:25-cv-1072-L-BT |
| KRISTI NOEM et al., | § § § | |
| Respondents-Defendants. | § § § § | |

## PETITIONER-PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Petitioner-Plaintiff, Leqaa Kordia ("Ms. Kordia"), hereby provides notice of supplemental authority of two relevant federal court decisions issued this week.

### A) *Santiago v. Noem*

On October 1, 2025, the U.S. District Court for the Western District of Texas issued an order granting the immediate release of a noncitizen beneficiary of the Deferred Action for Childhood Arrivals ("DACA") program who filed a habeas petition to challenge the constitutionality of her confinement by U.S. Immigration and Customs Enforcement ("ICE"). Order, Dkt. 25 at 1–3, 26–31, *Santiago v. Noem*, Cause No. EP-25-CV-361-KC (W.D. Tex. Oct. 1, 2025). The Court ruled that her confinement deprived her of procedural due process under the Fifth Amendment, in part, because the government had not substantiated any cognizable and individualized interest in it. *Id*. at 26–28. Citing many recent decisions of other district courts, the Court concluded that immediate release is an appropriate remedy for a procedural due process

1

violation where the "government ha[s] no or an insignificant interest in detaining the petitioner." *Id*. at 29.

### B) *AAUP v. Rubio*

On September 30, 2025, the U.S. District Court for the District of Massachusetts issued a decision finding that Respondents and others adopted and implemented an ideologically driven immigration enforcement policy that violates the First Amendment by targeting noncitizens who have expressed support for Palestinian rights. *See* Pet'r's Suppl. Br. in Supp. of Her Am. Pet. For Writ of Habeas Corpus, Dkt. 84 at n. 1 (citing Findings of Fact and Rulings of Law, Dkt. 261, *AAUP v. Rubio*, No. 25-cv-10685 (D. Mass. Sep. 30, 2025)). That decision is now accessible on WestLaw. *See AAUP v. Rubio*, No. 25-cv-10685, WL 2777659 (D. Mass. Sep. 30, 20205); *id*. at *8–*10 (detailing trial evidence establishing DHS's scrutiny and targeting of noncitizens involved in or associated with campus protests for Palestinian rights); *id*. at *39 (based on entirety of trial evidence, inferring the existence of an ideologically driven immigration-enforcement policy that targets "a few for speaking out . . . . with the goal of tamping down pro-Palestinian student protests and terrorizing similarly situated non-citizen (and other) pro-Palestinians into silence because their views were unwelcome"); *id*. at *45–*46, *47–*50, *54 (reaching conclusions of law that the policy violates the First Amendment).

Dated: October 3, 2025


Respectfully submitted,

/s/ Golnaz Fakhimi
Golnaz Fakhimi*
New York State Bar No. 5063003
Sadaf Hasan*
New York State Bar No. 6046023
Muslim Advocates
1032 15th Street Northwest, Unit 362

Travis Walker Fife
Texas State Bar No. 24126956
Randall Hiroshige
Texas State Bar No. 24124299
Texas Civil Rights Project
P.O. Box 1108
Houston, Texas 77251-1108

Washington, D.C. 20005
(202) 655-2969
golnaz@muslimadvocates.org
sadaf@muslimadvocates.org

Naz Ahmad*
New York State Bar No. 5327424
Amal Thabateh*
New York State Bar No. 5923826
CUNY School of Law
2 Court Square West, 5th Floor
Long Island City, NY 11101
(718) 340-4630
naz.ahmad@law.cuny.edu
amal.thabateh@law.cuny.edu

Charles S. Siegel
Texas State Bar No. 18341875
Caitlyn Silhan
Texas State Bar No. 24072879
Waters Kraus Paul & Siegel
3141 Hood Street, Suite 200
Dallas, Texas 75219
Telephone: 214-357-6244
Facsimile: 214-357-7252
siegel@waterskraus.com
csilhan@waterskraus.com

travis@texascivilrightsproject.org
randy@texascivilrightsproject.org

Molly Petchenik
Texas State Bar No. 24134321
Texas Civil Rights Project
P.O. Box 17757
Austin, Texas 78760
Telephone: 512-474-5073
Facsimile: 512-474-0726
molly@texascivilrightsproject.org

Daniel Hatoum
Texas State Bar No. 24099136
Erin D. Thorn*
Texas State Bar No. 24093261
Texas Civil Rights Project
P.O. Box 219
Alamo, Texas 78516
Telephone: 512-474-5073
daniel@texascivilrightsproject.org
aron@texascivilrightsproject.org

*Attorneys for* Petitioner-Plaintiff

\* *Admitted* pro hac vice

3

**CERTIFICATE OF SERVICE**

I certify that on October 3, 2025, a true and correct copy of this document was properly served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Golnaz Fakhimi*
Golnaz Fakhimi
