# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| LEQAA KORDIA, *Plaintiff* | ) ) |
| v. | ) Case No. 3:25-cv-1072-L |
| KRISTI NOEM et al., *Defendant* | ) ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Leqaa Kordia.

Date:   02/04/2026

/s/ Sarah Beebe
*Attorney's signature*

Sarah Beebe, Texas Bar No. 24069362
*Printed name and bar number*

Texas Civil Rights Project
P.O. Box 1108
Houston, Texas 77251
*Address*

sbeebe@texascivilrightsproject.org
*E-mail address*

(512) 474-5073
*Telephone number*

*FAX number*