IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LEQAA KORDIA**, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-cv-01072-L-BT** |
| | § | |
| **KRISTI NOEM**, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The court issued an order earlier today dismissing this action without prejudice as moot. Accordingly, the court **directs** the parties to file proposed language for the court's judgment by **March 25, 2026,** in accordance with its earlier issued order. The proposed judgment need not exceed one page.

**It is so ordered** this 19th day of March, 2026.

Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**